**Fill in this information to identify your case:**

Debtor 1: Gerard Martin Coffey
First Name / Middle Name / Last Name

Debtor 2 (Spouse if, filing):
First Name / Middle Name / Last Name

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF NEW YORK

Case number (if known): 25-22240

☐ Check if this is an amended filing

B 104

# For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders

**12/15**

**If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an insider. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.**

**Part 1: List the 20 Unsecured Claims in Order from Largest to Smallest. Do Not Include Claims by Insiders.**

**Unsecured claim**

**1**

AC Lighting & Electrical Supply
Todd Levi
444 Madison Avenue Ste. 120
New York, NY 10022

Contact

Contact phone

**What is the nature of the claim?** 7 Maycrest Road, West Nyack, NY 10994Rockland County — $538,741.80

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**
- ☐ No
- ☒ Yes. Total claim (secured and unsecured) $556,275.13
  - Value of security: - $2,500,000.00
  - Unsecured claim $538,741.80

**2**

Ally Bank Lease Trust
c/o AIS Portfolio
4515 N. Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

Contact

**What is the nature of the claim?** — $2,402.35

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**
- ☒ No
- ☐ Yes. Total claim (secured and unsecured)
  - Value of security: -



Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Contact phone

Unsecured claim

---

**3**

Atlas Credit Card
300 Coventry Rd
Kensington, CA 94707-1214

Contact

Contact phone

**What is the nature of the claim?** $86.00

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☒ None of the above apply

**Does the creditor have a lien on your property?**

- ☒ No
- ☐ Yes. Total claim (secured and unsecured)
  - Value of security: -
  - Unsecured claim

---

**4**

Capital One
PO Box 31293
Salt Lake City, UT 84131-0293

Contact

Contact phone

**What is the nature of the claim?** $4,048.00

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☒ None of the above apply

**Does the creditor have a lien on your property?**

- ☒ No
- ☐ Yes. Total claim (secured and unsecured)
  - Value of security: -
  - Unsecured claim

---

**5**

Ford Motor Credit Company LLC
c/o Schiller Knapp Lefkowitz
Hertzel LLP
P. O. Box 62180
Colorado Springs, CO 80962

Contact

Contact phone

**What is the nature of the claim?** 2022 Ford Transit 15000 miles $0.00

**As of the date you file, the claim is:** Check all that apply

- ☒ Contingent
- ☒ Unliquidated
- ☐ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**

- ☒ No
- ☐ Yes. Total claim (secured and unsecured)
  - Value of security: -
  - Unsecured claim

---

**6**

Ford Motor Credit Company LLC
c/o Schiller Knapp Lefkowitz
Hertzel LLP
P. O. Box 62180
Colorado Springs, CO 80962

**What is the nature of the claim?** 2022 Ford F150 44000 miles $0.00

**As of the date you file, the claim is:** Check all that apply

- ☒ Contingent
- ☒ Unliquidated
- ☐ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**



Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 Gerard Martin Coffey Case number *(if known)* 25-22240

Contact

Contact phone

☒ No
☐ Yes. Total claim (secured and unsecured)
Value of security: -
Unsecured claim

---

**7**

Ford Motor Credit Company, LLC
P.O. Box 105704
Atlanta, GA 30348

Contact

Contact phone

**What is the nature of the claim?** 2023 FORD Bronco 43000 miles $43,074.75

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**

☒ No
☐ Yes. Total claim (secured and unsecured)
Value of security: -
Unsecured claim

---

**8**

Fortiva
PO Box 105555
Atlanta, GA 30348-5555

Contact

(800) 710-2961
Contact phone

**What is the nature of the claim?** $745.00

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**

☒ No
☐ Yes. Total claim (secured and unsecured)
Value of security: -
Unsecured claim

---

**9**

Genesis Fs Card Services
PO Box 4499
Beaverton, OR 97076-4499

Contact

Contact phone

**What is the nature of the claim?** $41.00

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**

☒ No
☐ Yes. Total claim (secured and unsecured)
Value of security: -
Unsecured claim

---

**10**

Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346

**What is the nature of the claim?** $38,151.97

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☒ Unliquidated



Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 Gerard Martin Coffey Case number *(if known)* 25-22240

Philadelphia, PA 19101-7346

☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**

☒ No
☐ Yes. Total claim (secured and unsecured)
Value of security: -
Unsecured claim

Contact

Contact phone

---

**11** Lincoln Automotive Finance
PO Box 542000
Omaha, NE 68154-8000

**What is the nature of the claim?** $0.00

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☒ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**

☒ No
☐ Yes. Total claim (secured and unsecured)
Value of security: -
Unsecured claim

Contact

Contact phone

---

**12** Master Trimmer LLC
c/o Rogers, Habas & Eisen, P.C.
100 Dutch Hill Road, Suite 380
Orangeburg, NY 10962

**What is the nature of the claim?** 7 Maycrest Road, West Nyack, NY 10994Rockland County $30,750.87

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☒ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**

☐ No
☒ Yes. Total claim (secured and unsecured) $30,750.87
Value of security: - $2,500,000.00
Unsecured claim $30,750.87

Contact

Contact phone

---

**13** Merrick Bank
Resurgent Capital Services
PO Box 10368
Greenville, SC 29603

**What is the nature of the claim?** $472.66

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**

☒ No
☐ Yes. Total claim (secured and unsecured)
Value of security: -
Unsecured claim

Contact

Contact phone

---

**14**

**What is the nature of the claim?** $1,520.00



Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 Gerard Martin Coffey Case number *(if known)* 25-22240

Mission Lane LLC
PO Box 105286
Atlanta, GA 30348-5286

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**
☒ No
☐ Yes. Total claim (secured and unsecured) ____
Value of security: - ____
Unsecured claim ____

Contact

(855) 790-8860
Contact phone

---

15

NJ Turnpike Authority
Ramon de la Cruz, NJ Turnpike Authority
1 Turnpike Plaza, P.O Box 5042
Woodbridge, NJ 07095

**What is the nature of the claim?** ____ $886.55

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**
☒ No
☐ Yes. Total claim (secured and unsecured) ____
Value of security: - ____
Unsecured claim ____

Contact

Contact phone

---

16

NYS Dept. of Tax & Fin
Bankruptcy Section
P O Box 5300
Albany, NY 12205

**What is the nature of the claim?** ____ $11,324.11

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☒ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☒ No
☐ Yes. Total claim (secured and unsecured) ____
Value of security: - ____
Unsecured claim ____

Contact

Contact phone

---

17

On Deck Capital Inc.
1400 Broadway
New York, NY 10018

**What is the nature of the claim?** Corporate Obligation $46,751.61

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☒ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☒ No
☐ Yes. Total claim (secured and unsecured) ____
Value of security: - ____
Unsecured claim ____

Contact

Contact phone



Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 Gerard Martin Coffey Case number *(if known)* 25-22240

**Part 2: Sign Below**

**Under penalty of perjury, I declare that the information provided in this form is true and correct.**

**X** /s/ Gerard Martin Coffey
Gerard Martin Coffey
Signature of Debtor 1

**X** ______________________________
Signature of Debtor 2

Date March 27, 2025

Date ____________________



Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com Best Case Bankruptcy